UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KEON HOBGOOD )<br>         Plaintiff, )<br> )<br>v. )<br> )<br> )<br>FRANK BISIGNANO, )<br>Acting Commissioner the Social Security )<br>         Defendant. | **JUDGMENT**<br><br>No. 5:23-CV-576-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 5, 2025, that defendant pay to plaintiff $6,800.00 in attorney's fees, plus reimbursement of $402.00 in costs from the Judgment Fund, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on August 13, 2025, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)


August 13, 2025                    PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk